BLANK ROME LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MCS INTERNATIONAL MARINE SERVICE B.V.,

        Plaintiff,

v.

LEONIS MARINE MANAGEMENT LTD.,

        Defendant.

---

08 Civ.

**F.R. CIV. P. RULE 7.1 STATEMENT**

*[Stamps: "JUDGE STEIN"; "08 CV 6151"; "RECEIVED JUL 03 2008 U.S.D.C. S.D.N.Y. CASHIERS"]*

Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
       July 3, 2008

                         Respectfully submitted,
                         BLANK ROME LLP
                         Attorneys for Plaintiff

                         By _/s/ Jeremy Harwood_
                         Jeremy J.O. Harwood (JH 9012)
                         405 Lexington Avenue
                         New York, NY 10174
                         Tel.: (212) 885-5000